AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JOSEPH DALE LEWIS

    PETITIONER

  v.

                                                  Civil Action No.  1:23-cv-160

SHERIFF, *Allen County Jail*

    RESPONDENT

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other:  Petitioner Joseph Dale Lewis's Petition for Writ of Habeas Corpus is DISMISSED without prejudice because it states no valid claims; Joseph Dale Lewis is DENIED a certificate of appealability pursuant to Section 2254 Habeas Corpus Rule 11.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Holly A. Brady on a Petition for Writ of Habeas Corpus.

DATE: 4/19/2023                                 CHANDA J. BERTA, ACTING CLERK OF COURT

                                                             by  s/ S.Jarrell
                                                             *Signature of Clerk or Deputy Clerk*